■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONAS ACEVADO, Also Known as JONAS ACEVEDO, Appellant. [38 NYS3d 890]—Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered January 21, 2015, convicting defendant, upon his plea of guilty, of second degree criminal possession of a weapon, and sentencing him to an aggregate term of 3½ years' incarceration and five years of post-release supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Andrias, Saxe, Feinman and Kahn, JJ.